UNITED STATES of America,
Plaintiff–Appellee,

v.

James Clinton GILMORE, Jr.,
Defendant–Appellant.

No. 09–13463
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 1, 2010.

James Clinton Gilmore, Jr., Jesup, GA, pro se.

Peggy Morris Ronca, Orlando, FL, for Plaintiff–Appellee.

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Donald B. Mairs, appointed counsel for James Clinton Gilmore, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. Califor-*

*nia*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's order revoking Gilmore's supervised release and imposing his 36–month sentence under 18 U.S.C. § 3583(e)(3) is **AFFIRMED.**